IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| *In re DMCA Subpoena to X Corp.* | Misc. Case No. 1:25-mc-00425 |

**REQUEST FOR RE-ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

The National Board of Medical Examiners ("NBME"), by and through undersigned counsel, hereby requests the Clerk of Court to re-issue a subpoena to X Corp. ("X"), formerly doing business as Twitter, pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(h), for the purpose of identifying alleged infringer(s) of NBME's copyrighted exam material.

NBME previously requested, and received, issuance of a subpoena to X Corp. related to the same subject matter. *See* Dkt. 1 (Mar. 19, 2025); Dkt. 2 (Mar. 24, 2025). NBME sent the subpoena to the attention of X's registered DMCA agent via UPS (delivered on March 28, 2025), based on the understanding of counsel for NBME that X accepted legal requests for information regarding X accounts submitted via email, mail, or facsimile. That understanding was based upon information posted on X's website. *See, e.g.,* https://help.x.com/en/rules-and-policies/x-legal-faqs. NBME did not receive any response to that subpoena, however.

Counsel for NBME subsequently attempted to follow up on the subpoena through outreach to an outside counsel for X who has represented X in connection with another DMCA subpoena (NBME's counsel was unable to locate the name of any in-house lawyer or other X employee who appeared to be an appropriate person to contact regarding its subpoena). To date, those efforts have not resulted in the production of the requested information.

NBME therefore seeks re-issuance of the subpoena so that it can formally serve the subpoena on X Corp. through its registered agent in Texas, after informal service of the prior subpoena apparently was not accepted.

A copy of the proposed subpoena is attached at **Exhibit A**. A copy of the DMCA take-down notice that will be delivered to X concurrently with the subpoena is attached at **Exhibit B**. A supporting declaration is attached at **Exhibit C**. Thus, the DMCA requirements have been met. *See* 17 U.S.C. § 512(h)(2)-(4).

NBME respectfully requests that the Clerk of Court issue the requested subpoena forthwith, pursuant to 17 U.S.C. § 512(h)(4).

Dated: July 29, 2025

          Respectfully submitted,

          */s/ John Hardin*
          John Hardin, TX Bar No. 24012784
          Perkins Coie LLP
          500 North Akard Street, Suite 3300
          Dallas, TX 75201-3347
          Telephone: 214-965-7700
          Facsimile: 214-965-7799
          JohnHardin@perkinscoie.com

          Attorneys for the National Board of Medical Examiners